IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL J. COLLINS,

    Plaintiff,                         CV F 06 0133 OWW WMW   P

  vs.                                  ORDER DISMISSING ACTION

H. SMITH,

    Defendant.

     Plaintiff is a state prisoner proceeding pro se. On August 18, 2006, Plaintiff filed a notice of voluntary dismissal. Specifically, Plaintiff states that: "pursuant to Fed.R.Civ.Pro. 41(a), plaintiff voluntarily dismisses the above captioned action without prejudice." There has been no service of process, and defendant has not entered an appearance.

     Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice on Plaintiff's motion.

IT IS SO ORDERED.

**Dated:  August 25, 2006**                **/s/ Oliver W. Wanger**
emm0d6                                UNITED STATES DISTRICT JUDGE